Thomas F. Armosino, OSB #911954
Email: Armosino@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 779-2333
Fax: (541) 779-6379
 *Attorney for Defendant Warren Roberts, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CESAR MUNOZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF OREGON; JACOB ("DALE") MCKINNEY; WARREN ROBERTS; JOSEPH BUGHER; and JOHN DOES 1-20.<br><br>　　　　　　　　Defendants. | Civil No.: 6:22-cv-1348-SI<br><br>**DECLARATION OF THOMAS F. ARMOSINO IN SUPPORT OF DEFENDANT ROBERTS' MOTION FOR PROTECTIVE ORDER** |

I, Thomas F. Armosino, declare:

1. I am the attorney for Defendant Warren Roberts, M.D. ("Defendant"). I make this declaration based on personal knowledge, and am competent to testify as to the matters stated herein.

2. The ODOC investigative report that Plaintiff intends to question Dr. Roberts about was prepared by outside legal counsel retained by ODOC to conduct an independent legal investigation on behalf of the agency. Every single page of the report is expressly designated "Attorney-Client Privileged." The report includes information derived from the peer review

**PAGE 1 - DECLARATION OF THOMAS F. ARMOSINO IN SUPPORT OF DEFENDANT ROBERTS' MOTION FOR PROTECTIVE ORDER**

process, quality control and quality assurance materials, and protected health information of other Adults in Custody, none of which pertain to Plaintiff Cesar Munoz.

3. The ODOC investigative report was prepared for the purpose of enabling ODOC's legal counsel to provide legal advice to the institution and assess potential legal exposure. As such, it constitutes privileged attorney-client communications and attorney work product protected under ORS 40.225 and ORCP 36(B)(3).

4. This motion is made in good faith and for the reasons stated in the accompanying motion, and not for the purposes of delay.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 6th day of November, 2025.

FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.

_____
Thomas F. Armosino, OSB #911954
Armosino@fdfirm.com
*Of Attorneys for Defendant Warren Roberts, M.D.*

**PAGE 2 - DECLARATION OF THOMAS F. ARMOSINO IN SUPPORT OF DEFENDANT ROBERTS' MOTION FOR PROTECTIVE ORDER**